```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 11094
    LAURA L YASAK
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5121

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/19/2004 and was confirmed 05/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  47.00%.

    The case was paid in full 03/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED       1746.29             .00           820.76
NATIONAL CITY MORTGAGE    CURRENT MORTG       .00             .00              .00
WELLS FARGO FINANCIAL IL  SECURED         5031.05         1848.15          5031.05
GENERAL MOTORS ACCEPTANC  SECURED        23823.71         2062.57         23823.71
AMERICAN EXPRESS TRAVEL   UNSECURED        472.03             .00           221.85
RESURGENT ACQUISITION LL  UNSECURED       1337.72             .00           628.73
DISCOVER FINANCIAL SERVI  UNSECURED     NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED       3028.66             .00          1423.47
ECAST SETTLEMENT CORP     UNSECURED      12465.59             .00          5858.83
SAMS CLUB                 UNSECURED     NOT FILED             .00              .00
WELLS FARGO FINANCIAL BA  UNSECURED       3015.22             .00          1417.15
HARLEM FURNITURE          SECURED          350.00           28.24           350.00
HARLEM FURNITURE          UNSECURED     NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED       2041.41             .00           959.46
WELLS FARGO FINANCIAL IL  UNSECURED     NOT FILED             .00              .00
URBAN & BURT LTD          DEBTOR ATTY        .00                               .00
TOM VAUGHN                TRUSTEE                                         2,554.46
DEBTOR REFUND             REFUND                                            161.84

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            47,190.27

PRIORITY                                          .00
SECURED                                     29,204.76
    INTEREST                                 3,938.96
UNSECURED                                   11,330.25
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         2,554.46
DEBTOR REFUND                                  161.84

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 11094 LAURA L YASAK
```

```
                                      ---------------        ---------------
TOTALS                                      47,190.27              47,190.27
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 06/26/08            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 04 B 11094 LAURA L YASAK